IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARTIN FOSS and SUSAN FOSS, : No. 3:17cv1757
    Plaintiffs :
     : (Judge Munley)
    v. :
     :
PHOENIX INSURANCE COMPANY, :
    Defendant :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of November 2017, it is hereby **ORDERED** that the defendant's motion to dismiss Count II (Doc. 6) of plaintiffs' complaint is **DENIED**.

                                                **BY THE COURT:**

                                                **s/James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**